1  MICHAEL C. TU (State Bar No. 186793)
   *mtu@orrick.com*
2  KEVIN M. ASKEW (State Bar No. 238866)
   *kaskew@orrick.com*
3  JUDY KWAN (State Bar No. 273930)
   *jkwan@orrick.com*
4  ORRICK, HERRINGTON & SUTCLIFFE LLP
   777 South Figueroa Street, Suite 3200
5  Los Angeles, California  90017
   Telephone:  (213) 629-2020
6  Facsimile:   (213) 612-2499

7  JAMES N. KRAMER (State Bar No. 154709)
   *jkramer@orrick.com*
8  KATHERINE C. LUBIN (State Bar No. 259826)
   *klubin@orrick.com*
9  ORRICK, HERRINGTON & SUTCLIFFE LLP
   405 Howard Street
10 San Francisco, California  94105
   Telephone:  (415) 773-5700
11 Facsimile:   (415) 773-5759

12 Attorneys for Defendant TouchTunes Music Corporation

13               **UNITED STATES DISTRICT COURT**

14             **CENTRAL DISTRICT OF CALIFORNIA**

15                     **WESTERN DIVISION**

16

17 | JIM CODY WILLIAMS, | Case No.: CV 13-4752-BRO (JCGx) |
18 | Plaintiff, | **DEFENDANT TOUCHTUNES** |
19 | vs. | **MUSIC CORPORATION'S NOTICE OF MOTION AND MOTION TO** |
20 | TOUCHTUNES MUSIC CORPORATION, et al., | **STRIKE** |
21 |  | Date:        September 16, 2013 |
22 | Defendants. | Time:        1:30 p.m.<br>Judge:       Hon. Beverly Reid O'Connell<br>Courtroom:  14 |

23

24

25

26

27

28

1  **TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

2      **PLEASE TAKE NOTICE THAT,** on September 16, 2013 at 1:30 p.m.,

3  before the Honorable Beverly Reid O'Connell, United States District Judge for the

4  Central District of California, located at Courtroom 14, United States Courthouse,

5  312 North Spring Street, Los Angeles, CA 90012, defendant TouchTunes Music

6  Corporation will and hereby does move for an order striking portions of plaintiff's

7  first amended complaint.

8      This motion is made based on this Notice of Motion and Motion, the

9  Memorandum of Points and Authorities in support thereof, and all papers,

10 pleadings, documents, arguments of counsel, and other materials presented before

11 or during the hearing on this motion, and any other evidence and argument the

12 Court may consider.

13      This motion is made following the conference of counsel pursuant to Local

14 Rule 7-3 which took place on July 30, 2013.

15 Dated:  August 7, 2013          Respectfully submitted,

16                                ORRICK, HERRINGTON & SUTCLIFFE LLP

17

18                                By:  _____*/s/ Michael C. Tu*_____
                                        Michael C. Tu
19
20                                Attorneys for Defendant
                                  TouchTunes Music Corporation

21

22

23

24

25

26

27

28