George L. Steele, Esq. (189399)
Nicholas J. McGrue, Esq. (267097)
Michelle H. Iarusso, Esq. (280483)
**LAW OFFICES OF GEORGE L. STEELE**
127 N. Madison Ave., Suite 24
Pasadena, CA  91101
Telephone:  (626) 405-4860
Facsimile:  (626) 388-9759
Email:  gsteele@glslaw.net

Attorneys for Plaintiff,
JIM CODY WILLIAMS

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA- WESTERN DIVISION

| | |
|---|---|
| JIM CODY WILLIAMS, <br><br> Plaintiff, <br><br> vs. <br><br> TOUCHTUNES MUSIC CORPORATION, et al., <br><br> Defendants. | Case No.: CV 13-4752-BRO (JCGx) <br><br> Hon. Beverly Reid O'Connell <br><br> **PLAINTIFF JIM CODY WILLIAMS' OPPOSITION TO JUDICIAL NOTICE** <br><br> Date:  September 30, 2013 <br> Time:  1:30 p.m. <br> Department:  CR 14 |

On September 16, 2013, Defendant TouchTunes filed a Motion to Dismiss Case.  Along with the Motion to Dismiss, TouchTunes filed a request for Judicial Notice.  Plaintiff Jim Cody Williams now respectfully submits this Opposition to the Request for Judicial Notice ("Opposition to RJN").  The Opposition is based

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

upon the Memorandum of Points and Authorities concurrently filed, the papers and documents on file with this Court, and such other oral and documentary evidence that may be considered.


Dated:  August 26, 2013          LAW OFFICES OF GEORGE L. STEELE


                                 By:  /s/  *George L. Steele*
                                      George L. Steele
                                      Nicholas J. McGrue
                                      Michelle H. Iarusso
                                      Attorneys for Plaintiff
                                      JIM CODY WILLIAMS

## MEMORANDUM OF POINTS AND AUTHORITIES

## I.    INTRODUCTION

Plaintiff Jim Cody Williams filed a law suit based upon bad faith conduct performed by TouchTunes and other Defendants.  TouchTunes filed a Motion to Dismiss and concurrently filed a Request for Judicial Notice.

Mr. Williams does not oppose judicial notice that the documents exist or were filed with the Securities Exchange Commission, but he does oppose this Court taking judicial notice of the contents within those documents because those assertions are subject to reasonable dispute and are not matters that are generally known to this Court.

## II.    DISCUSSION

## JUDICIAL NOTICE OF THE MATTERS ASSERTED IN TOUCHTUNES' SEC FILINGS IS IMPROPER

"The court may judicially notice a fact that is not subject to reasonable dispute because it: (1) is generally known within the trial court's territorial jurisdiction; or (2) can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." *Fed. Rules Evid*. § 201.  A court may take judicial notice of SEC filings, however, these documents may only serve to show that the documents were filed, not for the truth of the matters asserted within them. *In re Wet Seal, Inc. Sec. Litig.*, 518 F.Supp. 2d 1148, 1157 (Cal. C.D. 2007).

Mr. Williams does not oppose this Court taking judicial notice of the fact that the exhibits TouchTunes submits were filed with the SEC.  However, Mr. Williams does oppose this Court taking notice of the assertions made within those filed documents.  Filings with the SEC are not facts that are generally known within this Court's jurisdiction.  The fact that a document was filed with the SEC however, is something that can readily be determined from accurate sources.  Still, the assertions contained within the filings are not generally known within this Court,

nor can they be readily determined by a source that cannot be reasonably disputed. Thus, judicial notice of the assertions within the SEC filings is improper.

### III.   CONCLUSION

For the foregoing reasons, Mr. Williams respectfully submits to the taking of judicial notice of TouchTunes' Exhibits A-D for the purpose of their filing with the SEC.  Mr. Williams respectfully requests that this Court deny taking judicial notice as to any assertions contained within these documents.


Dated:  August 26, 2013          LAW OFFICES OF GEORGE L. STEELE


By:  /s/  *George L. Steele*
          George L. Steele
          Nicholas J. McGrue
          Michelle H. Iarusso
          Attorneys for Plaintiff
          JIM CODY WILLIAMS